# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| ELECTRONIC FILING | * | MISC. NO. 18-778 |
| | * | |
| | * | |
| ****** | | |

## ORDER EXTENDING FILING DEADLINES

The Court has been made aware of an unplanned outage of its CM/ECF electronic case filing system occurring between 6:59p.m. on November 14, 2018 and 8:30a.m. on November 15, 2018. Due to the specific and lengthy circumstances of this outage, the Court has determined that the Clerk's office was inaccessible during a period when filing deadlines may have passed. Accordingly, it is hereby

ORDERED, that in accordance with Fed. R. Civ. P. (6)(a)(3)(A) and Fed R. Crim. P. 45(a)(3)(A), the time for any filing otherwise required to be filed on November 14, 2018 pursuant to Fed. R. Civ. P. (6)(a)(1) or Fed. R. Crim. P. 45(a)(1), is extended to and including November 15, 2018.

_Nov. 15, 2018_
Date

_James K. Bredar_
James K. Bredar, Chief Judge
United States District Court